UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INSITU, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>MARK KENT,<br><br>            Defendant. | NO.  CV-08-3067-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR FINAL JUDGMENT AND CLOSING FILE** |

On July 17, 2009, the Court granted Plaintiff Insitu Inc.'s Motion for Summary Judgment and dismissed Defendant Mark Kent's counterclaims.[1] (Ct. Rec. 36.)  Defendant filed a notice of appeal on August 11, 2009, and then subsequently filed a Motion for Final Judgment, which asks the Court to enter an Order specifying that its prior ruling was a final decision on Defendant's counterclaims. (Ct. Rec. 46.)  Plaintiff does not oppose this request and further asks the Court to dismiss Plaintiff's claim for declaratory relief as moot.  (Ct. Rec. 50.)

Upon review, the Court finds entry of final judgment is appropriate.  The essence of the Court's summary judgment ruling, however, was to grant Plaintiff's declaratory relief claim, i.e.,

---

[1] Plaintiff's motion did not seek action on its declaratory relief claim.

ORDER ~ 1

Plaintiff is not obligated to Defendant.  Therefore, the Court grants Plaintiff's declaratory relief claim, rather than deny it as moot. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Final Judgment **(Ct. Rec. 46)** is **GRANTED.**

2. Defendant's counterclaims are dismissed (for the reasons previously articulated in Ct. Rec. 36), and Plaintiff's claim for declaratory relief is granted.

3. **Judgment** shall be entered in Plaintiff's favor.

4. All pending pretrial and trial dates are **STRICKEN.**

5. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this ____24th____ day of August 2009.

                                            S/ Edward F. Shea
                                              EDWARD F. SHEA
                                      UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\3067.final.judgment.wpd

ORDER ~ 2